CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD PAUL BREWER          )
                             )
                             )
              Plaintiff       )
                             )
        v.                   )         Civil Case Number 08-534 (ESH)
                             )
                             )
                             )
ISLAMIC REPUBLIC OF IRAN     )         Category    B
          ET AL.             )
                             )
       Defendants            )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 1, 2008 from  Judge

Colleen Kollar-Kotelly  to Judge Ellen Segal Huvelle by direction of the

Calendar Committee.

(Case Not Related; Case Randomly Reassigned)


JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:   Judge Huvelle & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk