# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.
Suite 750
Washington, DC 20036

Email: pgaston@attglobal.net  (202) 296-5856  Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Brewer et al. v. Islamic Republic of Iran, et al.*, No. 08-534 (ESH)

Dear Mr. Hughes:

I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F.R. 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

The Iranian Revolutionary Guard Corps, at the following address:

Pasdaran Avenue
Golestan Yekom
Tehran, Iran

Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

Very truly yours,

Paul G. Gaston
*Attorney for Plaintiffs*

Encl.

# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.

Suite 750

Washington, DC 20036

Email: pgaston@attglobal.net                (202) 296-5856                Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Brewer et al. v. Islamic Republic of Iran, et al.*, No. 08-534 (ESH)

Dear Mr. Hughes:

I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F.R. § 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

The Islamic Republic of Iran

through the Minister of Foreign Affairs, at the following address:

Misnistry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

Very truly yours,

Paul G. Gaston
*Attorney for Plaintiffs*

Encl.

# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.

Suite 750

Washington, DC 20036

Email: pgaston@attglobal.net          (202) 296-5856          Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

                Re:    *Brewer et al. v. Islamic Republic of Iran, et al.*, No. 08-534 (ESH)

Dear Mr. Hughes:

     I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F. R. 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

The Ministry of Information and Security of Iran, at the following address:

Pasdaran Avenue
Golestan Yekom
Tehran, Iran

     Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

                                        Very truly yours,

                                        Paul G. Gaston
                                        *Attorney for Plaintiffs*

Encl.