CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BREWER et al
_____
Plaintiff(s)

vs.

Civil Action No.: 08-cv-00534-HHK

ISLAMIC REPUBLIC OF IRAN et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __25th__ day of _____June_____, 20_08_, I mailed:

1. ☐ One copy of the _summons and complaint_ by _registered mail, return receipt requested_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _certified mail, return receipt requested_, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the _summons and complaint_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____Jackie Francis_____
Deputy Clerk

**Registered No.**                                                        Date Stamp

| | Reg. Fee $ | Special Delivery $ |
|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | Return Receipt $ |
| | Postage $ | Restricted Delivery $ |
| | Received by: *[signature]* | |

Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

08-534

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

TO: Iranian Revolutionary Guard Corps
Pasdaran Ave., Golestan Yekom
Tehran, Iran

PS Form 3806, February 1995       Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

**Registered No.**                                                        Date Stamp

| | Reg. Fee $ | Special Delivery $ |
|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | Return Receipt $ |
| | Postage $ | Restricted Delivery $ |
| | Received by: *[signature]* | |

Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

08-534

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

TO: Ministry of Foreign Affairs
Khomeini Ave, United Nations St.
Tehran, Iran

PS Form 3806       Receipt for Registered Mail   (Customer Copy)

---

**Registered No.**                                                        Date Stamp

| | Reg. Fee $ | Special Delivery $ |
|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | Return Receipt $ |
| | Postage $ | Restricted Delivery $ |
| | Received by: *[signature]* | |

Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

08-534

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

TO: Ministry of Information & Security
Pasdaran Avenue, Golestan Yekom
Tehran, Iran

PS Form 3806, February 1995       Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)