UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD PAUL BREWER,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ISLAMIC REPUBLIC OF IRAN,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0534 (ESH) |

**ORDER DIRECTING PLAINTIFFS TO COMPLETE**
**SERVICE OF PROCESS**

A reasonable amount of time having passed since plaintiffs' filing of their complaint on March 28, 2008 and it appearing that service of process on defendants has not been effected, it is hereby

**ORDERED** that on or before October 20, 2008, plaintiffs must either: (1) file with the Court proof that defendants have been served, or (2) set forth in detail the reasonable, good faith efforts made to date to effectuate service. If plaintiffs fail to comply with this order, or if the Court determines that plaintiffs have failed to make such efforts to effect service on defendants, this case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 21, 2008