UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICHARD PAUL BREWER,** *et al.***,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  08-0534 (ESH) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.***,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER AND JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and for the reasons set forth by the Court in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [dkt. #19], is GRANTED; it is

**FURTHER ORDERED** that the Court enters final judgment against defendants the Islamic Republic of Iran ("Iran"), the Ministry of Information and Security of Iran ("MOIS"), and the Iranian Revolutionary Guard Corps ("IRGC"), jointly and severally, and in favor of plaintiff Richard Paul Brewer for damages in the amount of $7,000,000 for pain and suffering; it is

**FURTHER ORDERED** that the Court enters final judgment against defendants Iran, MOIS, and IRGC, jointly and severally, and in favor of plaintiff Joyce Louise Leydet for damages in the amount of $2,500,000 for pain and suffering; it is

**FURTHER ORDERED** that the Court enters final judgment against defendants Iran, MOIS, and IRGC, jointly and severally, and in favor of plaintiffs for punitive damages in the amount of $300,000,000; and it is

**FURTHER ORDERED** that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment and the Memorandum Opinion issued this date to defendants.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 15, 2009